John T. SHEEHAN, Jr., Executor of the Estate of John T. O'Brien, Jr., James T. Connell, Defendants, Appellants,

v.

Andrew S. RICHARDSON, Trustee of Newport Creamery, Inc., Plaintiff, Appellee.

No. 04–2505.

United States Court of Appeals, First Circuit.

June 23, 2006.

Kevin D. Heitke for appellants.

John Boyajian with whom Boyajian, Harrington & Richardson was on brief for appellee.

Before LIPEZ, Circuit Judge, CAMPBELL and BOWMAN,* Senior Circuit Judges.

PER CURIAM.

After reviewing the parties' arguments in their briefs and during oral argument, we are satisfied that the district court correctly analyzed the case in its published memorandum and order. *Sheehan v. Richardson*, 315 B.R. 226 (D.R.I.2004). On appeal, we find no arguments requiring our further elucidation. We therefore **affirm** the entry of summary judgment for the appellee substantially for the reasons set out in the district court's memorandum and order.

*So ordered.*